AO 442 (Rev. 11/11) Arrest Warrant

FIO# 11586354

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

United States of America
v.

MICHAEL FRENCH

Defendant

Case No. 6:23-mj-36

RECEIVED
UNITED STATES MARSHAL

12:55 pm, Aug 21 2023

DISTRICT OF SOUTH CAROLINA
COLUMBIA

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MICHAEL FRENCH,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
charging him with transmitting in interstate or foreign commerce a communication containing a threat to injure a person and engaged in cyberstalking.

Date: Aug 11, 2023

*Issuing officer's signature*

City and state:   Greenville, South Carolina

Jacquelyn D. Austin
*Printed name and title*

### Return

This warrant was received on *(date)* 08/21/23, and the person was arrested on *(date)* 08/18/2023
at *(city and state)* Greenville, SC.

Date: 08/21/2023

Arrested by FBI SA Lisa Quillen
*Arresting officer's signature*

By: C. Wolf, SDUSM
*Printed name and title*